877 A.2d 1178

IN THE MATTER OF RAYMOND L. POLING, AN ATTORNEY
AT LAW (ATTORNEY NO. 282511972).

May 25, 2005.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–435, concluding that **RAYMOND L. POLING** of **SEA ISLE CITY**, who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions about the representation), *RPC* 1.7(b) (conflict of interest), and *RPC* 1.8(a) (prohibited business transactions with clients), and good cause appearing;

It is ORDERED that **RAYMOND L. POLING** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.